IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:20-MJ-160 |
| | ) | Misdemeanor |
| ALEXANDER JARRETT DAVIS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about June 1, 2019, and on or about August 15, 2019, at or near Marine Corps Base Quantico, Virginia, and at or near Fredericksburg, Virginia, and elsewhere, within the Eastern District of Virginia, the defendant, ALEXANDER JARRETT DAVIS, did knowingly and willfully embezzle, steal, purloin, and convert to his own use, money of the United States, not exceeding $1,000.00.

(Violation of Title 18, United States Code, Section 641.)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information will be sent by first class mail on 6/11/20 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant U.S. Attorney
2100 Jamieson Ave
Alexandria, VA 22314
garland.rowland@usdoj.gov
703-299-3706